UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
STEPHANIE CLEGG,

                               Plaintiff,

      -against-                                                          23 **CIVIL 1995 (ER)**

                                                                              **JUDGMENT**

SOTHEBY'S,

                              Defendant.
-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2023, Sotheby's motion to dismiss for is GRANTED except as to attorney's fees. Accordingly, the case is closed.

**Dated:** New York, New York

      November 30, 2023

                                                                     **RUBY J. KRAJICK**
                                                                       **Clerk of Court**

                                          **BY:**
                                                                     _____
                                                                    **Deputy Clerk**